

The following constitutes the order of the court.
Signed June 7, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re )
) Case No. 18-40158
TAOW, LLC, )
)
) Chapter 11
)
Debtor. ) HEARING HELD
_____)
) Date: June 6, 2018
) Time: 10:30 a.m.
) Place: 1300 Clay Street
)         Courtroom 220
)         Oakland, CA

**MEMORANDUM REGARDING FRBP 4001(a)(3)**

On June 6, 2018, the Court held a hearing in this case on a motion for relief from stay at which the Court ruled in favor of Movant, Lars Lohan. After the ruling, Debtor's counsel asked the Court if there would be a 14-day stay under Federal Rule of Bankruptcy Procedure ("FRBP") 4001(a)(3). The Court orally waived the stay under the assumption that Mr. Lohan had requested that relief in his motion. However, upon further review, the Court discovered that Mr. Lohan did not request a waiver of the 14-day stay in his moving papers. Therefore, the order granting relief from stay will not include a waiver of FRBP 4001(a)(3).

**\*END OF MEMORANDUM\***

**Court Service List**