

**The following constitutes the order of the court.**
**Signed August 8, 2018**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re                              )
                                   ) Case No. 18-40158
TAOW, LLC,                         )
                                   )
                                   ) Chapter 11
                                   )
          Debtor.                  )
_____)

## MEMORANDUM RE: MOTION TO CONVERT CASE

On August 3, 2018, creditor Lars Lohan ("Lohan") filed a *Motion to Convert Case to Chapter 7* ("the Motion") (doc. 61). The same day, Lohan filed a *Notice of Hearing* (doc. 62) and set a hearing on the Motion for August 22, 2018. The Bankruptcy Local Rules do not allow for less than 21 days notice for such a motion without an order shortening time from the Court. No such order was requested or entered. The hearing was set for 19 days from the mailing of the notice. Accordingly, notice is deficient, and the Court will not hear the Motion on August 22, 2018.

However, should Lohan properly notice the Motion before the end of business on August 9, 2018, the Court will hear the Motion on August 29, 2018 at 10:30 a.m., a date on which there is also a continued status conference in this case.

**\*END OF MEMORANDUM\***

**Court Service List**

Lars Lohan
588 Sutter Street #145
San Francisco, CA 94102