

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
PAUL MANSDORF,
Chapter 7 Trustee

The following constitutes the order of the Court.
Signed: September 25, 2019

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>TAOW, LLC,<br><br>Debtor. | Case No. 18-40158 WJL<br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO VOID ABSTRACT OF JUDGMENT RECORDED POST-PETITION**<br><br>Date: September 24, 2019<br>Time: 2:00 p.m.<br>Place: 1300 Clay Street<br>      Hon. William J. Lafferty III<br>      Courtroom 220<br>      Oakland, CA 94612 |

On September 24, 2019, at 2:00 p.m., the Bankruptcy Court conducted a hearing on the Trustee's Motion for Authority to Void Abstract of Judgment Recorded Post-Petition [Docket 241] ("Motion"). Gregg S. Kleiner appeared on behalf of Paul Mansdorf, the Chapter 7 Trustee ("Trustee"). Robert P. Rich appeared on behalf of Burton F. Boltuch. All other appearances are noted in the record. The Motion was heard on shortened time pursuant to the Court's order dated September 19, 2019, Docket 238. The Court denied the request by Mr. Rich to continue the hearing to allow written opposition. Based on the Motion, the pleadings filed in support of the Motion, the arguments of counsel, the pleadings in the Court's file, notice being adequate and proper under the circumstances, and other good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Mr. Boltuch's opposition to the Motion made on the record is overruled for the reasons stated on the record, but for no other reasons;

2. On June 6, 2019 and June 10, 2019, the Court entered, respectively, its order and judgment in that certain quiet title action entitled *Paul Mansdorf v. Rene G. Boisvert; et al.*, Case # 19-04020 ("Adversary"), that the real property commonly described as 610 Boulevard Way, Oakland, California (the "Property"), with a Legal Description of

> Lot 4, Block D, Map of Piedmont Knoll, in the Cities of Oakland & Piedmont, County of Alameda, State of California, filed October 4, 1907, in Map Book 23, Page 36, Alameda County Records.

is Property of the Debtor's estate. Burton F. Boltuch was not a party to that Adversary proceeding. Based on the order and judgment in the Adversary, the Abstract of Judgment recorded in the Official Records of Alameda County on July 13, 2018, as Instrument No. 2018138328, is void as to the interest of Debtor, but only to the extent that the Abstract encumbers or impacts the Property; and

3. Nothing in this Order shall alter, impair or impact the enforcement of Mr. Boltuch's judgment or the Abstract with regard to (i) assets other than the interest of the Debtor in Property or the Debtor, (ii) Rene Boisvert, (iii) Bindy LLC, or (iv) any other party or entity. It is the intent of the Court that this Order shall be strictly limited to its terms.

**APPROVED AS TO FORM AND CONTENT**

LAW OFFICES OF ROBERT P. RICH

*/s/ Robert P. Rich*
Robert P. Rich, Counsel
For Burton F. Boltuch

*** *END OF ORDER* ***

***COURT SERVICE LIST***

William J. Murray, Esq.
Belzer & Murray LLP
3650 Mt. Diablo Blvd., Suite 130
Lafayette, CA 94549