# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re:     TAOW LLC                                    §     Case No. 4:18-bk-40158
                                                       §
                                                       §
Debtor(s)                                              §

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Paul J Mansdorf, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $4,500.00 | Assets Exempt:     N/A |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:    $234,211.57 | Claims Discharged<br>Without Payment:   N/A |
| Total Expenses of Administration:  $263,096.04 | |

3) Total gross receipts of $510,283.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $12,975.55 (see **Exhibit 2**), yielded net receipts of $497,307.61 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 921,961.00 | 897,053.19 | 224,085.93 | 224,085.93 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 208,490.46 | 208,490.46 | 205,287.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 57,808.08 | 57,808.08 | 57,808.08 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,800.00 | 4,260.29 | 4,260.29 | 4,260.29 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 17,176.82 | 5,865.35 | 5,865.35 |
| **TOTAL DISBURSEMENTS** | **$929,761.00** | **$1,184,788.84** | **$500,510.11** | **$497,307.61** |

4)  This case was originally filed under Chapter 11 on 01/18/2018 and it was converted to Chapter 7 on 02/08/2019.  The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/07/2020                    By: /s/ Paul J Mansdorf

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 610 Boulevard Way ,Oakland, AlamedaCounty, CaliforniaAPN 011-0860-033-00and 011-0860-034-00 Fee simple Unknown N/A | 1110-000 | 510,000.00 |
| Checking Account | 1229-000 | 58.24 |
| Misc. refunds | 1229-000 | 224.92 |
| **TOTAL GROSS RECEIPTS** | | **$510,283.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TAOW LLC | Surplus - Reissued per request of TAOW LLC | 8200-002 | 12,975.55 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$12,975.55** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | BANK OF THE WEST | 4110-000 | 321,688.00 | 311,054.54 | 0.00 | 0.00 |
| 4 | Ditech Financial LLC fka Green Tree Servicing LLC | 4110-000 | 161,643.00 | 158,077.17 | 0.00 | 0.00 |
| 5 | Lars Lohan | 4110-000 | N/A | 8,519.50 | 9,454.45 | 9,454.45 |
| 6 | Lars Lohan | 4110-000 | 401,000.00 | 419,401.98 | 214,631.48 | 214,631.48 |
| NOTFILED | Alameda County Tax Collector | 4110-000 | 1,557.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Midland Funding LLC | 4110-000 | 36,073.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$921,961.00** | **$897,053.19** | **$224,085.93** | **$224,085.93** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Paul J Mansdorf | 2100-000 | N/A | 28,275.51 | 28,275.51 | 28,275.51 |
| Paul J Mansdorf | 2200-000 | N/A | 227.34 | 227.34 | 227.34 |
| Rincon Law LLP | 3210-000 | N/A | 158,077.50 | 158,077.50 | 154,875.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rincon Law LLP | 3220-000 | N/A | 3,632.51 | 3,632.51 | 3,632.51 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3410-000 | N/A | 4,746.00 | 4,746.00 | 4,746.00 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3420-000 | N/A | 36.90 | 36.90 | 36.90 |
| Clerk, US Bankruptcy COurt | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| El Sobrante Lock and Key | 2420-000 | N/A | 440.00 | 440.00 | 440.00 |
| Trustee Insurance Agency | 2420-000 | N/A | 2,282.20 | 2,282.20 | 2,282.20 |
| United States Marshal Service | 2420-000 | N/A | 500.00 | 500.00 | 500.00 |
| BHG/Highland Partners | 3510-000 | N/A | 8,437.50 | 8,437.50 | 8,437.50 |
| BHG/Highland Partners | 3520-000 | N/A | 510.00 | 510.00 | 510.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$208,490.46** | **$208,490.46** | **$205,287.96** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lawrence L. Szabo | 6210-160 | N/A | 57,008.08 | 57,008.08 | 57,008.08 |
| FRANCHISE TAX BOARD | 6990-000 | N/A | 800.00 | 800.00 | 800.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | **N/A** | **$57,808.08** | **$57,808.08** | **$57,808.08** |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | 5800-000 | 7,800.00 | 4,260.29 | 4,260.29 | 4,260.29 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$7,800.00** | **$4,260.29** | **$4,260.29** | **$4,260.29** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | 7100-000 | 0.00 | 5,352.29 | 5,352.29 | 5,352.29 |
| 1-I | FRANCHISE TAX BOARD | 7990-000 | N/A | 513.06 | 513.06 | 513.06 |
| 2 | BANK OF THE WEST | 7100-000 | N/A | 11,311.47 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$17,176.82** | **$5,865.35** | **$5,865.35** |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case Number:** 18-40158 WJL
**Case Name:** TAOW LLC

**Period Ending:** 10/07/20

**Trustee:** Paul J Mansdorf
**Filed (f) or Converted (c):** 02/08/19 (c)
**§341(a) Meeting Date:** 03/13/19
**Claims Bar Date:** 04/19/19

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Office furnituredesks , chairs miscl samll items | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 2 | Office fixtures | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Office equipment, including all computer equipment andcommunication systems equipment and software2 computers, printer, copier | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4 | 610 Boulevard Way ,Oakland, AlamedaCounty, CaliforniaAPN 011-0860-033-00and 011-0860-034-00 Fee simple Unknown N/A<br>$475000 due to estate based upon approved sale back to debtor. If not consummated, real estate to be sold (and $100k already received not refundable). Per further order, $510,000 total due to estate. | 883,703.00 | 0.00 | | 510,000.00 | FA |
| 5 | Checking Account (u)<br>Wells Fargo - funds on deposit | 0.00 | 58.24 | | 58.24 | FA |
| 6 | Misc. refunds (u) | 0.00 | 224.92 | | 224.92 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$888,203.00** | **$4,783.16** | | **$510,283.16** | **$0.00** |

**Major activities affecting case closing:**

<3/29/2019, 10:56:14 AM - PM-217>Awaiting claims bar, evaluating sale of residence v. offer from principal <7/8/2019, 1:22:47 PM - PM-217> settlement noticed 070319 <10/2/2019, 2:06:39 PM - PM-217> US Marshall removal set for 10/8/19 if BOISVERT does not perform.<3/25/2020, 11:08:38 AM - PM-217> TDR after checks clear <6/30/2020, 12:59:44 PM - PM-217> TAOW requested reissued surplus check which has not cleared.
<9/28/2020, 9:57:15 AM - PM-217> TDR next week

**Initial Projected Date of Final Report (TFR):** March 31, 2021          **Current Projected Date of Final Report (TFR):** December 23, 2019 (Actual)

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 18-40158 WJL | |
| **Case Name:** | TAOW LLC | |
| **Taxpayer ID#:** | **-***3487 | |
| **Period Ending:** | 10/07/20 | |

| | |
|---|---|
| **Trustee:** | Paul J Mansdorf |
| **Bank Name:** | Signature Bank |
| **Account:** | ******1504 - Checking |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/19 | Asset #5 | Wells Fargo Bank | Turnover of funds on deposit | 1229-000 | 58.24 | | 58.24 |
| 06/27/19 | Asset #4 | KASO LLC | REF# 20190627B6B7261F00239406271605FT03 0000013105  Installment on purchase / settlement agreement | 1110-000 | 75,000.00 | | 75,058.24 |
| 07/30/19 | Asset #4 | KASO LLC | REF# 20190730B6B7261F00156807301441FT03 0000008128 | 1110-000 | 25,000.00 | | 100,058.24 |
| 08/01/19 | 1001 | Clerk, US  Bankruptcy COurt | AP 19-4020 per Order Doc. 8 | 2700-000 | | 350.00 | 99,708.24 |
| 08/01/19 | 1002 | Trustee Insurance Agency | Per Order Doc. 220 | 2420-000 | | 1,470.00 | 98,238.24 |
| 09/05/19 | 1003 | Trustee Insurance Agency | Per Order Doc. 220 | 2420-000 | | 322.20 | 97,916.04 |
| 09/25/19 | 1004 | Trustee Insurance Agency | Per Order Doc. 220 | 2420-000 | | 490.00 | 97,426.04 |
| 09/26/19 | 1005 | United States Marshal Service | Per Order Doc. 239 -  610 Boulevard Way, Oakland, CA | 2420-000 | | 500.00 | 96,926.04 |
| 10/22/19 | 1006 | El Sobrante Lock and Key | Per Order Doc. 239 - 610 Boulevard Way, Piedmont | 2420-000 | | 440.00 | 96,486.04 |
| 10/24/19 | Asset #4 | Orange Coast Title Company | CASE #18-40158-WJL TAOW LLC OUR PHONE 714-245-7779 OUR ORDER 100-2025792-55 | 1110-000 | 410,000.00 | | 506,486.04 |
| 10/25/19 | 1007 | Lars Lohan | Per Order Doc. 222 | 4110-000 | | 9,454.45 | 497,031.59 |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 18-40158 WJL | | | **Trustee:** | Paul J Mansdorf | |
| **Case Name:** | TAOW LLC | | | **Bank Name:** | Signature Bank | |
| | | | | **Account:** | ******1504 - Checking | |
| **Taxpayer ID#:** | **-***3487 | | | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 10/07/20 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/19 | 1008 | Lars Lohan | Per Order Doc. 222 | 4110-000 | | 214,631.48 | 282,400.11 |
| 11/20/19 | 1009 | BHG/Highland Partners | Order Doc. 220 | 3510-000 | | 7,500.00 | 274,900.11 |
| 11/20/19 | 1010 | BHG/Highland Partners | Order Doc. 220 | 3520-000 | | 510.00 | 274,390.11 |
| 11/25/19 | Asset #6 | USDOJ | ACH DEPOSIT 015 TREAS 310 MISC PAY 271433487151800 RMR*IV*NO-NVOICE*PI*224.92\ PAUL MANSDORF TRUSTEE<br>(US Marshal Refund) | 1229-000 | 224.92 | | 274,615.03 |
| 12/19/19 | 1011 | Rincon Law LLP | Order Doc. 267 | 3220-000 | | 3,504.51 | 271,110.52 |
| 12/19/19 | 1012 | Rincon Law LLP | Order Doc. 267 | 3210-000 | | 141,960.00 | 129,150.52 |
| 12/19/19 | 1013 | BHG/Highland Partners | Order Doc 268 | 3510-000 | | 937.50 | 128,213.02 |
| 02/27/20 | 1014 | Rincon Law LLP | Order Doc. 283 | 3210-000 | | 12,915.00 | 115,298.02 |
| 02/27/20 | 1015 | Rincon Law LLP | Order Doc. 283 | 3220-000 | | 128.00 | 115,170.02 |
| 02/27/20 | 1016 | Paul J Mansdorf | Order Doc. 284 | 2100-000 | | 28,275.51 | 86,894.51 |
| 02/27/20 | 1017 | Paul J Mansdorf | Order Doc. 284 | 2200-000 | | 227.34 | 86,667.17 |
| 02/27/20 | 1018 | Lawrence L. Szabo | Order Doc. 215 | 6210-160 | | 57,008.00 | 29,659.17 |
| 02/27/20 | 1019 | OFFICE OF THE UNITED STATES TRUSTEE | Claim #9 | 2950-000 | | 975.00 | 28,684.17 |
| 02/27/20 | 1020 | FRANCHISE TAX BOARD | Claim #1 Priority | 5800-000 | | 4,260.29 | 24,423.88 |

Exhibit 9

Page: 3

# Form 2
# Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 18-40158 WJL | |
| **Case Name:** | TAOW LLC | |
| | | |
| **Taxpayer ID#:** | **-***3487 | |
| **Period Ending:** | 10/07/20 | |

| | |
|---|---|
| **Trustee:** | Paul J Mansdorf |
| **Bank Name:** | Signature Bank |
| **Account:** | ******1504 - Checking |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/20 | 1021 | FRANCHISE TAX BOARD | Claim #1 - General Unsecured | 7100-000 | | 5,352.29 | 19,071.59 |
| 02/27/20 | 1022 | FRANCHISE TAX BOARD | Claim #1 - Interest | 7990-000 | | 513.06 | 18,558.53 |
| 03/03/20 | 1023 | Kokjer, Pierotti, Maiocco & Duck, LLP | Order Doc. 287 | 3410-000 | | 4,746.00 | 13,812.53 |
| 03/03/20 | 1024 | Kokjer, Pierotti, Maiocco & Duck, LLP | Order Doc. 287 | 3420-000 | | 36.90 | 13,775.63 |
| 03/03/20 | 1025 | FRANCHISE TAX BOARD | Claim #8 | 6990-000 | | 800.00 | 12,975.63 |
| 03/03/20 | 1026 | Lawrence L. Szabo | Order Doc. 215 | 6210-160 | | 0.08 | 12,975.55 |
| 03/20/20 | 1027 | TAOW LLC | Surplus;  Stopped on 06/15/2020 | 8200-002 | | 12,975.55 | 0.00 |
| 06/15/20 | 1027 | TAOW LLC | Surplus;  Stopped: Check issued on 03/20/2020 | 8200-002 | | -12,975.55 | 12,975.55 |
| 06/15/20 | 1028 | TAOW LLC | Surplus - Reissued per request of TAOW LLC | 8200-002 | | 12,975.55 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 510,283.16 | 510,283.16 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 510,283.16 | 510,283.16 | |
| Less: Payment to Debtors | | 12,975.55 | |
| **NET Receipts / Disbursements** | **$510,283.16** | **$497,307.61** | |

Exhibit 9

Page: 4

**Form 2**
**Cash Receipts and Disbursements Record**

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1504** | 510,283.16 | 497,307.61 | 0.00 |
| | $510,283.16 | $497,307.61 | $0.00 |