**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: TAOW LLC | Case No.: 18−40158 WJL 7 |
| Debtor(s) | Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☒ Paul Mansdorf is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☒ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 10/14/20

By the Court:

William J. Lafferty
United States Bankruptcy Judge